USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITHER CORNELL PARKER,          :
                                 :
                    Plaintiff,   :
                                 :        1:24-cv-5881-GHW
            -against-            :
                                 :            ORDER
MARTIN O'MALLEY, *Commissioner of the Social* :
*Security Administration*,       :
                                 :
                    Defendants.  :
                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On August 5, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 19, 2024. Dkt. No. 7. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 5 order forthwith, and in no event later than September 3, 2024.

SO ORDERED.

Dated: August 20, 2024
New York, New York
                                      _____
                                              GREGORY H. WOODS
                                           United States District Judge